**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SARUP LAL, | No. 12-71357 |
| Petitioner, | Agency No. A079-290-266 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 19, 2013[**]

Before:     CANBY, TROTT, and THOMAS, Circuit Judges.

Sarup Lal, a native and citizen of India, petitions for review of the Board of

Immigration Appeals' ("BIA") order denying his third motion to reopen removal

proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

983, 986 (9th Cir. 2010). We deny the petition for review.

The BIA did not abuse its discretion in denying Lal's third motion to reopen as untimely and number-barred where the motion was filed over six years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Lal failed to present sufficient evidence of changed circumstances in India to qualify for the regulatory exception to the time and number limits for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 988-89.

We reject Lal's contention that the BIA's typographical error constituted a misapplication or misstatement of the law. We also reject Lal's contention that the BIA erred by considering Lal's request for humanitarian asylum solely under its sua sponte authority.

**PETITION FOR REVIEW DENIED.**